**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6093**

WILLIAM A. VENEY,

Plaintiff - Appellant,

versus

THOMAS C. YOUNCE,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CA-02-1172-7)

Submitted:  April 17, 2003          Decided:  April 23, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William A. Veney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Veney appeals the district court's orders denying his request for injunctive relief and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Veney v. Younce, No. CA-02-1172-7 (W.D. Va. Dec. 4, 2002; Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED